PER CURIAM. The defendant was indicted for a violation of the prohibition law. The assignments of error relate to the judge's refusal to dismiss the action as in case of nonsuit and to set aside the verdict.

His Honor's ruling was obviously correct. *S. v. Sykes,* 180 N. C., 679.

No error.

---

## STATE v. C. C. JOHNSON ET AL.

(Filed 29 October, 1924.)

APPEAL by defendant, C. C. Johnson, from *Lyon, J.,* at March Special Term, 1924, of FORSYTH.

Criminal prosecution, tried upon an indictment charging the defendant with the larceny of an automobile.

From an adverse verdict, and judgment pronounced thereon, the defendant appeals, assigning errors.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*John D. Slawter, W. E. Brock, and William Graves for defendant.*

PER CURIAM. The case on trial narrowed itself to a controverted question of fact. We are convinced, from a careful perusal of the record, that the cause has been tried in substantial compliance with the law bearing on the subject, and no ruling or action on the part of the trial court has been discovered by us which we apprehend should be held for reversible or prejudicial error. The exceptions deal almost exclusively with questions of evidence and motions for dismissal. The validity of the trial must be upheld.

No error.

---

## STATE v. MONK ROSE.

(Filed 29 October, 1924.)

APPEAL by defendant from *Sinclair, J.,* and a jury, heard at February Term, 1924, of DURHAM.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*J. W. Barbee for defendant.*

STATE *v.* EDWARDS; SOLES *v.* R. R.

PER CURIAM. We have gone over the record carefully, examined the briefs in the case, and can see no error in law.

It was a question of fact for the jury. They have rendered their verdict of "Guilty." We cannot disturb their verdict or the judgment of the court below.

We find

No error.

---

## STATE v. JOE EDWARDS.

### (Filed 29 October, 1924.)

APPEAL by defendant from *McElroy, J.,* at August Term, 1924, of ROCKINGHAM.

The defendant was charged with having liquor in his possession for the purpose of sale. He was convicted, and from the judgment he appealed.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

PER CURIAM. We find no error. The trial involved merely an issue of fact, which was determined by the verdict.

No error.

---

## C. M. SOLES, ADMR., v. ATLANTIC COAST LINE RAILROAD COMPANY.

### (Filed 5 November, 1924.)

APPEAL by defendant from *Calvert, J.,* at February Term, 1924, of COLUMBUS.

Civil action, to recover damages for an alleged negligent injury, caused by defendant's wrongful act, and resulting in the death of plaintiff's intestate.

The usual issues of negligence, contributory negligence and damages were submitted to the jury and answered by them in favor of the plaintiff. Defendant appeals, assigning errors.

*H. L. Lyon and Tucker & Proctor for plaintiff.*
*Rountree & Carr for defendant.*